IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR MALDONADO,<br>Petitioner,<br>v.<br>ROBERT C. GILMORE, et al.,<br>Respondents. | FILED<br>AUG 2 6 2016<br>LUCY V. CHIN, Interim Clerk<br>By_____ Dep. Clerk | CIVIL ACTION<br>No. 15-2639 |

## ORDER

This 26th day of August, 2016, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of *Habeas Corpus* is **DENIED** as to claims one and two and **DISMISSED** as to claim three with prejudice;

3. Petitioner's Request for an Evidentiary Hearing (Doc. 14) is **DENIED**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

Gerald Austin McHugh
United States District Judge